**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JOSHUA BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    Case No. 4:22-cv-01367-MTS |
| | ) |
| ANNIE'S, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this action is

**DISMISSED** with prejudice.

Dated this 18th day of May 2023.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE